JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ABRAHAM HAILE,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS[1], Secretary of the Department of Homeland Security, in his official capacity,<br><br>   Defendant. | Case No. 2:20-cv-10273-CAS (PVCx)<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

Dated: January 25, 2023

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas is automatically substituted for his predecessor.